**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| I.A.A.M., | : | |
| | : | |
|     Petitioner, | : | |
| | : | CASE NO.: 7:26-CV-068 (WLS-ALS) |
| v. | : | |
| | : | |
| Warden, IRWIN COUNTY | : | |
| DETENTION CENTER, *et al.*, | : | |
| | : | |
|     Respondents. | : | |

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 8), filed on May 11, 2026. Therein, Petitioner seeks a temporary restraining order (TRO) granting him immediate release from Respondents' custody, or in the alternative, an order requiring Respondents to provide him with a pre-deprivation bond hearing within forty-eight hours (*Id.* at 18–20). Petitioner further seeks a TRO to enjoin Respondents from transferring Petitioner out of this District or deporting him during the pendency of the underlying proceedings. (*Id.*).

Petitioner's case is similar to the hundreds of other cases this Court has been inundated with over the last several months. While each petitioner personally feels that his or her case is an emergency, most do not qualify for emergency TRO relief. The Court has established an expedited system to determine whether a detainee is entitled to a detention hearing. Indeed, the Court entered an Order instructing Respondents to provide Petitioner with a bond hearing by **Wednesday, May 20, 2026**. (Doc. 9). As such, Petitioner's Motion (Doc. 8) is **DENIED** as moot.

**SO ORDERED**, this 13th day of May 2026.

                        **/s/ W. Louis Sands**
                        **W. LOUIS SANDS, SR. JUDGE**
                        **UNITED STATES DISTRICT COURT**