UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| I.A.A.M,<br><br>Petitioner,<br><br>vs.<br><br>JASON STREEVAL, in his official capacity as *Warden of Stewart Detention center*; and LADEON FRANCIS, *Field Office Director for ICE Atlanta Field Office*, and TODD LYONS, in his official capacity as *Acting Director of Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary of Homeland Security*; and PAMELA BONDI, *U.S. Attorney General*.<br><br>Respondents. | CASE NO.:<br>7:26-cv-00068-WLS-CHW |

NOTICE OF DISMISSAL

Petitioner hereby advises the court through this Notice that he was granted a bond hearing pursuant to this Court's Order and now is out of detention pursuant to the bond posted in Petitioner's case. Therefore, Petitioner is filing this Notice of Dismissal as ordered by the Court.

SO ORDERED this 7th day of October, 2026.

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court

Respectfully Submitted,

This 2nd day of October, 2026.

*/s/ Karen Weinstock*
Karen Weinstock
Attorney for Petitioner
Weinstock Immigration Lawyers, P.C.
1827 Independence Square
Atlanta, GA 30338
Phone: (770) 913-0800
Fax: (770) 913-0888
kweinstock@visa-pros.com

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of October, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to Respondents' attorney(s) of record.

*/s/ Karen Weinstock*
Karen Weinstock
Attorney for Petitioner
Weinstock Immigration Lawyers, P.C.
1827 Independence Square
Atlanta, GA 30338
Phone: (770) 913-0800
Fax: (770) 913-0888
kweinstock@visa-pros.com